UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARLAN MICAH MCRAE,

    Defendant.

_____/

HONORABLE PAUL L. MALONEY

Case No. 1:08-cr-274-14

### ORDER GRANTING MOTION TO ADJOURN SCHEDULING DATES

This matter is before the Court on Defendant Marlan Micah McRae's Motion to Adjourn Scheduling Dates (Dkt. #312). Defendant requests an extension of the deadline for filing motions and the plea deadline established by the Court in which defendant may avail himself of the 3rd-level of acceptance. The government does not oppose the request. The Court notes the government has filed a motion for a hearing to determine status of counsel in this matter (Dkt. #309), which is scheduled for hearing on August 27, 2010. As such, the Court will grant defendant's request. Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Adjourn Scheduling Dates (Dkt. #312) is **GRANTED**. The deadlines for defendant to file motions and for defendant to plea and still receive 3rd-level acceptance are extended without date. Upon resolution of the government's motion, new deadlines shall be established.

Date:  August 4, 2010

        /s/ Paul L. Maloney
        Paul L. Maloney
        Chief United States District Judge