UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———————————————————————

| |
UNITED STATES OF AMERICA, | Case No. 1:08-cr-274
|
Plaintiff, |
|
| HONORABLE PAUL L. MALONEY
v. |
|
EMOND DUREA LOGAN, |
CAROLINE EPPS LOGAN, |
MARTELL D. LOGAN, |
SHARON LOGAN, |
|
MARLAN MCRAE *et al.*, |
|
Defendants. |
|

———————————————————————

### ORDER

For the reasons stated on the record in open court this morning,

The government's motion to disqualify attorney Todd R. Perkins, Esq., from representing defendant Marlan McRae in this case **[document #309] is GRANTED.**

Defendant Marlan McRae is now **REPRESENTED** only by attorney Marvin Barnett, Esq., who filed an appearance on behalf of defendant McRae today.

The government's motion to disqualify attorney Leo James Terrell, Esq., from jointly representing defendants Emond Logan, Caroline Logan, Martell Logan, and Sharon Logan

**[document #311] is GRANTED.**

Pursuant to attorney Terrell's statement on the record in open court today, attorney Terrell henceforth **REPRESENTS ONLY** defendant Emond Logan in this case.

The court **APPOINTS** attorney Scott Graham, Esq., a Criminal Justice Act ("CJA") panel member, to also **REPRESENT** defendant Emond Logan in this case together with attorney Terrell.

After being advised that Emond Logan has consulted with attorney Graham, the court will schedule a hearing to ascertain whether Emond Logan wishes to enter into the proposed plea agreement.

The court **APPOINTS** the Office of the Federal Public Defender ("FPD") to represent defendant Caroline Logan. The FPD **SHALL RECOMMEND** an attorney from this district's CJA panel to carry out said representation.

After being advised that Sharon Logan has consulted with said CJA attorney, the court will schedule a hearing to ascertain whether Sharon Logan wishes to enter into the proposed Disposition Agreement.

The court **APPOINTS** the FPD to represent defendant Martell Logan and Sharon Logan. The FPD **SHALL RECOMMEND** a different attorney from this district's Criminal Justice Act panel to carry out said representation of these two defendants jointly.

After being advised that Caroline Logan and Martell Logan have each consulted with said CJA attorney, the court will schedule a hearing to ascertain whether Caroline Logan and Martell Logan each wish to enter into the proposed Disposition Agreement.

<u>The following three motions remain pending</u>:

– The motion of defendants Emond Logan, Caroline Logan, Martell Logan, and Sharon Logan to dismiss count three for improper venue **[document # 222]**

– The motion of defendants Emond Logan, Caroline Logan, Martell Logan, and Sharon Logan for severance of these four defendants from all other defendants for purposes of trial **[document # 269]**

– The motion of defendants Emond Logan, Caroline Logan, Martell Logan, and Sharon Logan to compel discovery **[document #282]**

This is <u>not</u> a final and immediately-appealable order.

**IT IS SO ORDERED** on this 27th day of August 2010.

    /s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge